v.

## AMAZON.COM, INC., Amazon Web Services, Inc., Defendants-Appellees

2015-2077

United States Court of Appeals, Federal Circuit.

February 10, 2017

## Britney L. BAIN, Petitioner

v.

## OFFICE OF PERSONNEL MANAGEMENT, Respondent

2016-1333

United States Court of Appeals, Federal Circuit.

February 10, 2017

MICHAEL BRADY, Law Office of Michael T. Brady, Winthrop, WA, argued for petitioner.

SHARI A. ROSE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., ALLISON KIDD-MILLER.

(Lourie, Hughes, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**